IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL WATKINS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 11093 |
| | ) | |
| **OFFICER KOLASA**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This is one of the numerous cases in which this Court has essentially acted as nursemaid for pro se litigants, calling attention to deficiencies in their filings and actually providing them with the documents needed to cure those deficiencies. In this instance this Court's January 25, 2016 memorandum order ("Order II")[1] granted Cook County Department of Corrections ("County Jail") pretrial detainee Daniel Watkins ("Watkins") leave to proceed in forma pauperis,[2] while at the same time specifying the manner in which Watkins' Motion for Attorney Representation ("Motion") had to be revised and resubmitted. For that purpose Order II concluded:

> No extensive detail as to a pro se prisoner plaintiff's efforts to obtain counsel on his own is necessary, but Watkins should list the names of at least one or two of the places where he has sought help. For that purpose this Court is again sending

---

[1] "Order I," issued on December 15, 2015, had earlier addressed a number of threshold requirements in connection with this action.

[2] That grant, which established the special arrangement prescribed for prisoner litigants by 28 U.S.C. § 1915, was based on Watkins' In Forma Pauperis Application supported by the requisite printout of all transactions in his trust fund account at the County Jail during the six months preceding the "mailbox rule" date of filing his Complaint.

three copies of a blank form to Watkins, and as soon as a suitable response is filed this Court anticipates obtaining the designation of a member of this District Court's trial bar to assist Watkins in pursuing his lawsuit.

Despite the lapse of some four weeks since the issuance of Order II, Watkins has done nothing. Under the circumstances his Motion (Dkt. No. 7) is denied.

                                                                   _____
                                                                   Milton I. Shadur
                                                                   Senior United States District Judge

Date:  February 23, 2016